474

CHARLES TAVERNA, PLAINTIFF-RESPONDENT, v. CITY OF HOBOKEN, DEFENDANT-PETITIONER.

See same case below: 43 *N. J. Super.* 160.

*Mr. Robert F. McAlevy, Jr.,* and *Mr. E. Norman Wilson* for the petitioner.

*Messrs. Baker, Garber & Chazen* for the respondent.

February 25, 1957. Denied.

JOSEPH JAMES IMRE, PLAINTIFF-PETITIONER, v. RIEGEL PAPER CORPORATION, DEFENDANT-RESPONDENT.

*Messrs. Mackerley & Friedman* and *Mr. Frank G. Schlosser* for the petitioner.

*Messrs. Shaw, Pindar, McElroy & Connell* for the respondent.

February 25, 1957. Granted.